Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CON-WAY TRANSPORTATION SERVICES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware Corporation,<br><br>    Defendant. | No. CV6 442RSM<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>**(Clerk's Action Required)** |

1.     ***STIPULATION***. The parties have settled all of their disputes and stipulate that the following Order be entered.

SONKIN & SCHREMPP, PLLC

By: /s/ Irving A. Sonkin        / 1/26/07
    Irving A. Sonkin WSBA No. 3359    Date
    Attorney for Plaintiff

ROHDE & VAN KAMPEN, PLLC

By: /s/ Lee Rousso        / 1/26/07
    Lee Rousso, WSBA No. 33340    Date
    Attorney for Defendant

2.     ***HEARING***. This matter came on regularly for hearing upon stipulation of the parties.

3.   **FINDINGS**. The Court considered the materials presented and reviewed the records and files of this case. The Court is fully informed in the premises, and finds that the parties are entitled to the relief requested.

4.   **ORDER**. IT IS ORDERED that:

4.1.   This matter be dismissed with prejudice; and

4.2.   Each party will bear their own attorneys' fees and costs.

DONE IN OPEN COURT this _30_ day of January, 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SONKIN & SCHREMPP, PLLC

By: /s/ Irving A. Sonkin_____
    Irving A. Sonkin, WSBA No. 3359
    Attorney for Plaintiff

Approved As To Form, Presentment Waived:

ROHDE & VAN KAMPEN, PLLC

By: /s/ Lee Rousso_____
    Lee Rousso, WSBA No. 33340
    Attorney for Defendant

H:\Collection\Bethune & Associates\Amazon\Pleadings\20070126-stpip-order-dismiss-x.doc

**STIPULATION FOR AND ORDER OF DISMISSAL** -- Page 2 of 2

*SONKIN & SCHREMPP, PLLC*
12715 Bel Red Road, #150
Bellevue, WA  98005
Telephone  425.289.3440